Defendant: **Celtic International LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L410751_2 | 9/8/2022 | $300.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420046_2 | 1/11/2023 | $238.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420046_1 | 1/11/2023 | $5,370.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420045_2 | 1/11/2023 | $238.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420045_1 | 1/11/2023 | $5,370.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420044_2 | 1/9/2023 | $167.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L420044_1 | 1/9/2023 | $4,652.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L12302022-RS_10 | 11/8/2022 | $91.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L410770_2 | 9/9/2022 | $150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L406667_3 | 8/9/2022 | $110.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L405539_4 | 8/8/2022 | $8.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L405539_3 | 8/8/2022 | $56.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L12302022-RS_6 | 9/9/2022 | $126.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L419976 | 1/4/2023 | $3,646.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L12302022-RS_4 | 7/29/2022 | $297.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L404813_2 | 7/29/2022 | $85.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L12302022-RS_8 | 11/7/2022 | $91.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L327201BT_2 | 6/13/2022 | $500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L327215_2 | 8/17/2022 | $10,884.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L395114_3 | 4/8/2022 | $242.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L401487_3 | 7/15/2022 | $1,105.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L401487_4 | 7/15/2022 | $156.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L402089_2 | 7/14/2022 | $159.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/20/2023 | $34,143.59 | 3/20/2023 | PROBILL:L12302022-RS_2 | 7/14/2022 | $91.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L413515A | 10/11/2022 | $7,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L11292022-PD_1 | 11/30/2022 | $3,430.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L11292022-PD_2 | 11/30/2022 | $1,913.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L12302022-BT_1 | 12/30/2022 | $2,559.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L12302022-BT_2 | 12/30/2022 | $165.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L406081_3 | 8/9/2022 | $5.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L406307_3 | 8/8/2022 | $4.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L406509_3 | 8/8/2022 | $1.14 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L421178_1 | 1/24/2023 | $329.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L411867A | 10/11/2022 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $27,907.57 | 3/27/2023 | PROBILL:L409275A | 10/11/2022 | $6,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L412594_3 | 9/30/2022 | $52.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L404814_2 | 8/5/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L405724_2 | 8/8/2022 | $80.18 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L406081_4 | 8/9/2022 | $58.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L406307_4 | 8/8/2022 | $47.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L406509_4 | 8/8/2022 | $12.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L410638_4 | 9/21/2022 | $2.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L11292022-PD_3 | 11/30/2022 | $20,651.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L412594_4 | 9/30/2022 | $4.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L414597_2 | 11/3/2022 | $50.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L421048_1 | 2/7/2023 | $5,316.67 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L421048_2 | 2/7/2023 | $236.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L421178_2 | 1/24/2023 | $3,611.73 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L425064_1 | 3/14/2023 | $565.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L410638_3 | 9/21/2022 | $34.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L327866_3 | 7/27/2022 | $200.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02272023-RS_2 | 2/27/2023 | $26.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02272023-RS_1 | 2/27/2023 | $698.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02272023-PD | 2/23/2023 | $1,090.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-RS_2 | 2/2/2023 | $12.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-RS_1 | 2/2/2023 | $287.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-PD_2 | 2/3/2023 | $25.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-PD_1 | 2/3/2023 | $10,389.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-BT_5 | 2/4/2023 | $434.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-BT_4 | 2/3/2023 | $12.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-BT_3 | 2/3/2023 | $287.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-BT_2 | 2/2/2023 | $13.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L02022023-BT_1 | 2/2/2023 | $305.63 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L425064_2 | 3/14/2023 | $3,413.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc.; and Buy Buy Baby, Inc. | ACH:4/20/2023 | $48,081.96 | 4/20/2023 | PROBILL:L400366_3 | 6/3/2022 | $110.00 |

**Totals:**     3 transfer(s),     $110,133.12